# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ROBERT BARBAN, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> TRUSTEE VACATION TRUST, INC., ) <br> *et al.*, ) <br> ) <br> Defendants. ) | Case No. 4:20-cv-00897-MTS |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this case, including all claims of all Plaintiffs, is **DISMISSED** without prejudice.

Dated this 14th day of April, 2021.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE